# TIFFANY & BOSCO
**P.A.**

2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Secured Creditor

13-04186

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Craig L. Weidel and Roberta S. Weidel, Craig L. Weidel and Roberta S. Weidel<br><br>Debtors.<br>_____<br>Bank of America, N.A.<br><br>      Secured Creditor,<br>  vs.<br><br>Craig L. Weidel and Roberta S. Weidel, Craig L. Weidel and Roberta S. Weidel, Debtors; Russell Brown, Trustee.<br><br>      Respondents. | No. 2:13-bk-06794-GBN<br><br>Chapter 13<br><br>OBJECTION TO CHAPTER 13 PLAN |

      Bank of America, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reason:

      1.     The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to Bank of America, N.A., pursuant to the proof of claim in the amount of $4,578.91. Secured creditor

requests that the arrearages as set forth in its Proof of Claim be paid through the Plan. A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 4th day of June, 2013.

                              Respectfully submitted,

                              TIFFANY & BOSCO, P.A.

                              BY  /s/ LJM # 014228
                                  Mark S. Bosco
                                  Leonard J. McDonald
                                  David W. Cowles
                                  Attorneys for Secured Creditor

COPY of the foregoing mailed
June 4, 2013 to:

Craig L. Weidel and Roberta S. Weidel
8626 E. Monterey Way
Scottsdale, AZ  85251

Craig L. Weidel and Roberta S. Weidel
8626 E. Monterey Way
Scottsdale, AZ  85251
Debtors

Benjamin Allen Skinner*
40 North Center, Suite 200
Mesa, AZ 85201
Attorney for Debtors

Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ  85012
Trustee

Chase
Po Box 24696
Columbus, OH 43224

By: Marykay Mobley