**SKINNER LAW GROUP, PLC**
1744 South Val Vista Drive, Suite 201
Mesa, Arizona 85204
(480) 422-3440
Attorneys for Debtor(s)
By: Benjamin A. Skinner, No. 023563

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CRAIG L. WEIDEL,<br><br>and<br><br>ROBERTA S. WEIDEL,<br><br>  Debtors | Chapter 13 Proceedings<br><br>Case No.: 2:13-bk-06794-GBN<br><br>**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM**<br><br>(City of Chandler – Tax & License Division; Claim number 5-1)<br><br>Assigned to: Honorable George B. Nielsen |

Debtors having objected, and no timely response having been served or filed,

IT IS THEREFORE ORDERED sustaining Debtors objection to Proof of Claim 5-1, denying Proof of Claim 5-1, and directing that no distribution be made on account of Proof of Claim 5-1.

SIGNED AND DATED ABOVE.